IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JORGE CHAVEZ, II,     CV. 04-673-HU

    Petitioner,     ORDER

  v.

BRIAN BELLEQUE,

    Respondent.

MARSH, Judge

Petitioner's motion for voluntary dismissal (#28) is GRANTED. This proceeding is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this 17__ day of June, 2005.

    __/s/ Malcolm F. Marsh_____
    Malcolm F. Marsh
    United States District Judge

1 -- ORDER